1 | Mark Mausert
NV Bar No. 2398
2 | Sean McDowell
NV Bar No. 15962
3 | 729 Evans Avenue
Reno, Nevada 89512
4 | (775) 786-5477
Fax (775) 786-9658
5 | mark@markmausertlaw.com
sean@markmausertlaw.com
6 |
*Attorneys for Plaintiff*
7 |
## UNITED STATES DISTRICT COURT
8 |
## DISTRICT OF NEVADA
9 |

10 | MARINA CORONA,                     Case No. 3:25-cv-00072-ART-CLB
11 |         Plaintiff,
12 |    vs.                             **ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT**
13 | VERANO NEVADA, LLC d/b/a ZEN LEAF
RENO,
14 |
         Defendant.
15 |
       Plaintiff MARINA CORONA, by and through her undersigned counsel of record, and
16 |
Defendant VERANO NEVADA, LLC d/b/a ZEN LEAF RENO, by and through their undersigned
17 |
counsel of record, hereby submit this Stipulation allowing Plaintiff to file a Second Amended
18 |
Complaint to substitute VZL Staffing Services, LLC as defendant in place of Verano Nevada, LLC
19 |
d/b/a Zen Leaf Reno, and to correct any references therein as to the identity of Plaintiff's employer.
20 |
       Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim,
21 |
defense, objection, or right of any party in this case.
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

1

Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 5th day of May, 2025.

**LAW OFFICE OF MARK MAUSERT**

/s/ Sean McDowell
MARK MAUSERT
SEAN MCDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

**JACKSON LEWIS**

/s/ Joshua Sliker
JOSHUA SLIKER, ESQ.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorney for Defendant*

**JACKSON LEWIS**

/s/ Nathaniel Higgins
NATHANIEL HIGGINS, ESQ.
*(admitted Pro Hac Vice)*
717 Texas Avenue, Suite 1700
Houston, Texas 77002

*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2025