JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com

NATHANIEL J. HIGGINS, ESQ.
*Admitted Pro Hac Vice*
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Telephone: (713) 650-0404
E-Mail: nathaniel.higgins@jacksonlewis.com

*Attorneys for Defendant*
*Verano Nevada, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARINA CORONA, | Case No.: 3:25-cv-00072-ART-CLB |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
| VZL STAFFING SERVICES, LLC, | |
| Defendant. | **(First Request)** |

Defendant VZL STAFFING SERVICES, LLC ("Defendant" or "VZL"), by and through its counsel of record, the law firm of Jackson Lewis P.C., and Plaintiff MARINA CORONA ("Plaintiff"), by and through her counsel of record, the law firm of Mark Mausert Law Office, hereby stipulate and agree to continue the Early Neutral Evaluation Session currently scheduled for June 17, 2025, at 9:00 a.m. with Magistrate Judge Craig S. Denney based on the following:

1. On February 6, 2025, Plaintiff initiated this action against Verano Nevada, LLC d/b/a Zen Leaf Reno ("Verano Nevada"). ECF No. 1.

2. On February 20, 2025, Plaintiff filed a First Amended Complaint. ECF No. 4.

3. On April 2, 2025, the Court issued an Order Setting Early Neutral Evaluation Session for June 17, 2025, at 9:00 a.m. with Magistrate Judge Craig S. Denney, in person, in Reno, Nevada. ECF No. 13.

4. April 29, 2025, Plaintiff served her First Set of Interrogatories and First Set of Requests for Production on Verano Nevada.

5. On May 5, 2025, the Parties stipulated to allow Plaintiff to file a Second Amended Complaint which dismissed Verano Nevada and named her correct employer, VZL Staffing Services, LLC, which the Court granted. ECF Nos. 19 and 20.

6. On May 19, 2025, Counsel for VZL provided Plaintiff's Counsel with an executed Waiver of Service pursuant to FRCP 4(d), noting the initial request for waiver was made on April 29, 2025. As such, Defendant VZL's response to the Second Amended Complaint is due by June 29, 2025.

7. On May 29, 2025, the Parties agreed that Defendant VZL would have until June 27, 2025, to respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production.

8. Subsequently, Plaintiff's Counsel experienced a sewer leak that has delayed completion of Plaintiff's Confidential Early Neutral Evaluation Statement.

9. Further, Defendant's representative for the ENE, who is in-house counsel, has learned that he has to appear for a virtual hearing on June 17, 2025, the current date of the ENE, in the Circuit Court of Cook County at 11:00 a.m. and which is expected to last until 12:00 p.m. However, depending on the Circuit Court's calendar that day, it could take several hours for the hearing to be called and completed.

10. Counsel for the Parties have discussed the foregoing circumstances and determined that the ENE should be continued to ensure the best environment for settlement discussions including that Defendant's response to the Second Amended Complaint be on file, that Plaintiff has Defendant's responses to her written discovery requests, and the Parties' representatives and Counsel are not potentially distracted by extraneous matters.

11. Accordingly, the Parties request that the Court vacate the current ENE date of June 17, 2025, and allow the Parties to work with the Court's Judicial Assistant to identify a new date that works for the Court, the Parties, and their representatives, to hold the continued ENE.

12. Further, unless otherwise ordered by the Court, the Parties' respective Confidential ENE Statements shall be delivered to the Clerk's Office, in an envelope clearly marked "Confidential, contains ENE Evaluation Statement, in accordance with LR 16-6(f).

13. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 10th day of June, 2025.

MARK MAUSERT LAW OFFICE

By: */s/ Sean McDowell*
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
SEAN McDOWELL, ESQ.
Nevada Bar No. 15962
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 10th day of June, 2025.

JACKSON LEWIS P.C.

By: */s/ Joshua A. Sliker*
JOSHUA SLIKER, ESQ.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

NATHANIEL HIGGINS, ESQ.
*Admitted Pro Hac Vice*
717 Texas Avenue, Suite 1700
Houston, Texas 77002

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

Dated: June 10, 2025