JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com

NATHANIEL J. HIGGINS, ESQ.
*Admitted Pro Hac Vice*
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Telephone: (713) 650-0404
E-Mail: nathaniel.higgins@jacksonlewis.com

*Attorneys for Defendant*
*VZL Staffing Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MARINA CORONA, | Case No.: 3:25-cv-00072-ART-CLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFEDANT VZL STAFFING SERVICES, LLC TO FILE ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| VZL STAFFING SERVICES, LLC, | |
| Defendant. | |
| | **(First Request)** |

Defendant VZL STAFFING SERVICES, LLC ("Defendant" or "VZL"), by and through its counsel of record, the law firm of Jackson Lewis P.C., and Plaintiff MARINA CORONA ("Plaintiff"), by and through her counsel of record, the law firm of Mark Mausert Law Office, hereby stipulate and agree to that Defendant shall have up to and including **September 19, 2025** to file its Answer to Plaintiff's Second Amended Complaint based on the following:

1. On February 6, 2025, Plaintiff initiated this action against Verano Nevada, LLC d/b/a Zen Leaf Reno ("Verano Nevada"). ECF No. 1.

2. On February 20, 2025, Plaintiff filed a First Amended Complaint. ECF No. 4.

JACKSON LEWIS P.C.
LAS VEGAS

3. On April 2, 2025, the Court issued an Order Setting Early Neutral Evaluation Session for June 17, 2025, at 9:00 a.m. with Magistrate Judge Craig S. Denney, in person, in Reno, Nevada. ECF No. 13.

4. On May 5, 2025, the Parties stipulated to allow Plaintiff to file a Second Amended Complaint which dismissed Verano Nevada, LLC d/b/a Zen Leaf Reno, and named her correct employer, VZL Staffing Services, LLC, which the Court granted. ECF Nos. 19 and 20.

5. On May 8, 2025, Plaintiff filed her Second Amended Complaint. ECF No. 21.

6. On May 19, 2025, Counsel for VZL provided Plaintiff's Counsel with an executed Waiver of Service pursuant to FRCP 4(d), noting the initial request for waiver was made on April 29, 2025. The waiver has not yet been filed with the Court.

7. On June 10, 2025, the Parties stipulated to continue the ENE which was granted by the Court. ECF Nos. 27-28.

8. On June 30, 2025, the Court issued an Order rescheduling the ENE for October 3, 2025, in Reno, Nevada.

9. Currently, it is unclear if the 60 day period to file the Answer should run from the date that the waiver of service request was provided to Defendant (April 29, 2025) even though the SAC had not yet been filed, the date the SAC was filed (May 5, 2025), the date that completed waiver is filed (to be determined), or some other date.

10. To provide clarity and out of an abundance of caution, the Parties stipulate that Defendant shall have up to and including September 19, 2025 in which to file its Answer to Plaintiff's Second Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11. Except as otherwise provided herein, nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 11th day of September, 2025.

MARK MAUSERT LAW OFFICE

By: */s/ Mark Mausert*
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
SEAN McDOWELL, ESQ.
Nevada Bar No. 15962
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 11th day of September, 2025.

JACKSON LEWIS P.C.

By: */s/ Joshua A. Sliker*
JOSHUA SLIKER, ESQ.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

NATHANIEL HIGGINS, ESQ.
*Admitted Pro Hac Vice*
717 Texas Avenue, Suite 1700
Houston, Texas 77002

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2025