**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARINA CORONOA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VZL STAFFING SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 3:25-cv-00072-ART-CLB<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>(ECF No. 34) |

　　　Before the Court is Defendant VZL Staffing Services' motion to substitute Shannon Pierce as attorney of record in place of Joshua Sliker and Nathaniel Higgins. (ECF No. 34.) For good cause appearing the motion is **GRANTED**.

　　　**IT IS SO ORDERED**.

　　　**DATED:** September 19, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CARLA BALDWIN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE