SHANNON S. PIERCE
Nevada Bar No. 12471
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Pkwy.
Reno, Nevada 89511
Telephone: (775) 788-2260
Facsimile: (775) 788-2279
Email: SPierce@fennemorelaw.com

ALISSA JUBELIRER
Illinois Bar No. 6272618
(Pending *Pro Hac Vice* Admission)
**BENESCH, FRIEDLAND, COPLAN &
ARONOFF, LLP**
71 South Wacker Drive, Ste. 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: ajubelirer@beneschlaw.com

ALEXANDRA GOSS
(Pending *Pro Hac Vice* Admission)
**BENESCH, FRIEDLAND, COPLAN &
ARONOFF, LLP**
41 S. High Street, Ste. 2600
Columbus, Ohio 43215
Telephone: (614) 223-9300
Facsimile: (614) 223-9330
Email: agoss@beneschlaw.com

*Attorneys for Defendant
VZL Staffing Services, LLC*

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CORONA,<br><br>    Plaintiff,<br><br>v.<br><br>VZL STAFFING SERVICES, LLC,<br><br>    Defendant. | Case No.: 3:25-cv-00072-ART-CLB<br><br>**DEFENDANT VZL STAFFING SERVICES, LLC'S MOTION TO APPEAR BY VIDEO FOR EARLY NEUTRAL EVALUATION** |

Now comes Defendant, VZL Staffing Services, LLC, by and through its counsel, and hereby respectfully request this Honorable Court allow the insurance company representative, Temperance Gates, to appear by video for the Early Neutral Evaluation Session ("ENE") currently scheduled for October 3, 2025 at 9:00 a.m. at the Bruce R. Thompson Federal Courthouse in Reno, Nevada.

The insurance company's representative is located in Chicago, Illinois. As such, traveling to the ENE would be burdensome and costs incurred in traveling to and attending the ENE would be better applied to litigating this matter and reaching an amicable resolution. Temperance Gates, insurance representative, will be available for the entirety of the ENE and will ensure that he/she has sufficient audiovisual capabilities to avoid disruption to the proceedings.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant Defendant's insurance representative permission to attend the October 3, 2025 ENE by video.

                                            Respectfully submitted,

Dated: September 18, 2025         */s/ Shannon S. Pierce*
                                                          SHANNON S. PIERCE
                                                          Nevada Bar No. 12471
                                                          **FENNEMORE CRAIG, P.C.**
                                                          7800 Rancharrah Pkwy.
                                                          Reno, Nevada 89511
                                                          Telephone: (775) 788-2260
                                                          Facsimile: (775) 788-2279
                                                          Email: SPierce@fennemorelaw.com

ALISSA JUBELIRER
Illinois Bar No. 6272618
(Pending *Pro Hac Vice* Admission)
**BENESCH, FRIEDLAND, COPLAN & ARONOFF, LLP**
71 South Wacker Drive, Ste. 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: ajubelirer@beneschlaw.com

ALEXANDRA GOSS
Ohio Bar No. 104779
(Pending *Pro Hac Vice* Admission)
**BENESCH, FRIEDLAND, COPLAN & ARONOFF, LLP**
41 S. High Street, Ste. 2600
Columbus, Ohio 43215
Telephone: (614) 223-9300
Facsimile: (614) 223-9330
Email: agoss@beneschlaw.com

*Attorneys for Defendant*
*VZL Staffing Services, LLC*

## ORDER

IT IS HEREBY ORDERED that Defendant's insurance representative be permitted to appear by video for the Early Neutral Evaluation Session currently scheduled for October 3, 2025 at 9:00 a.m.

IT IS SO ORDERED.

Date: September 22, 2025

_____
UNITED STATES MAGISTRATE JUDGE