SHANNON S. PIERCE
Nevada Bar No. 12471
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Pkwy.
Reno, Nevada 89511
Telephone: (775) 788-2260
Facsimile: (775) 788-2279
Email: SPierce@fennemorelaw.com

CHARLES LEUIN
Illinois Bar No. 6225447
(Pending *Pro Hac Vice* Admission)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
71 South Wacker Drive, Ste. 1600
Chicago, Illinois 60606
Telephone: (312) 624-6344
Facsimile: (312) 513-9876
Email: CLeuin@beneschlaw.com

*Attorneys for Defendant*
*VZL Staffing Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CORONA, | Case No.: 3:25-cv-00072-ART-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING NOTICE OF DISASSOCIATION OF COUNSEL** |
| VZL STAFFING SERVICES, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that Alissa L. Jubelirer and Alexandra Goss hereby disassociate as counsel for Defendant VZL Staffing Services, LLC. All notices and filings should continue to be served on undersigned counsel of record. These disassociations are occasioned by an intra-firm substitution of counsel from Alissa L. Jubelirer and Alexandra Goss to Charles Leuin, Esq., of Benesch Friedlander Coplan & Aronoff, LLP, and will not delay discovery, trial, or any hearing.

Dated: October 3, 2025.

**FENNEMORE CRAIG, P.C.**

By: */s/*
SHANNON S. PIERCE
Nevada Bar No. 12471
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Pkwy.
Reno, Nevada 89511
Telephone:  (775) 788-2260
Facsimile:  (775) 788-2279
Email:  SPierce@fennemorelaw.com

CHARLES LEUIN
Illinois Bar No. 6225447
(Pending *Pro Hac Vice* Admission)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
71 South Wacker Drive, Ste. 1600
Chicago, Illinois 60606
Telephone: (312) 624-6344
Facsimile: (312) 513-9876
Email: CLeuin@beneschlaw.com

*Attorneys for Defendant*
*VZL Staffing Services, LLC*

**IT IS SO ORDERED.**
**DATED**:  __October 6, 2025._____

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
RENO