# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CORONA, | Case No.: 3:25-cv-00072-ART-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| VZL STAFFING SERVICES, LLC, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Marina Corona and Defendant VZL Staffing Services, LLC that the above-entitled matter be dismissed with

//

//

//

//

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
RENO

61379136.1/079380.0001

prejudice, with each party to bear its or her own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated this 6th day of January, 2026.                    Dated this 6th day of January, 2026.

By: */s/ Shannon S. Pierce*                             By: */s/ Sean McDowell*
SHANNON S. PIERCE                                       MARK MAUSERT
Nevada Bar No. 12471                                    SEAN McDOWELL
**FENNEMORE CRAIG, P.C.**                               **LAW OFFICE OF MARK MAUSERT**
7800 Rancharrah Pkwy.                                   729 Evans Avenue
Reno, Nevada 89511                                      Reno, Nevada 89512
Telephone:  (775) 788-2260
Facsimile:  (775) 788-2279                              *Attorneys for Plaintiff Marina Corona*
Email:  SPierce@fennemorelaw.com

CHARLES LEUIN
Illinois Bar No. 6225447
(Admitted *Pro Hac Vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
71 South Wacker Drive, Ste. 1600
Chicago, Illinois 60606
Telephone: (312) 624-6344
Facsimile: (312) 513-9876
Email: CLeuin@beneschlaw.com

*Attorneys for Defendant
VZL Staffing Services, LLC*

### ORDER

For good cause appearing, **IT IS ORDERED** that the case be dismissed with prejudice, with each party to bear its or her own costs.

**IT IS SO ORDERED.**

DATED: January 12, 2026

_____
ANNE R. TRAUM
DISTRICT COURT JUDGE